## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United Sates of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:25-cr-228 |
| Gary William Donnelly, | ) | |
| | ) | |
| Defendant. | ) | |

On May 29, 2026, Defendant's supervising Pretrial Services Officer filed a Release Status Report regarding Defendant. (Doc. No. 26). Therein the Pretrial Services Officer requested that Defendant's pretrial release conditions be modified to include location monitoring with a curfew in lieu of home detention.

The court **GRANTS** the Pretrial Services Office's request and modifies Defendant's release conditions as follows. In lieu of home detention, Defendant must participate in the following location restriction program and comply with its requirements as directed by the Pretrial Services Officer:

Curfew: Defendant is restricted to his residence every day from 10:00 PM to 6:00 AM, or as directed by the Pretrial Services Officer.

Defendant must submit to the following location monitoring technology and comply with its requirements as directed: Location monitoring technology as directed by the Pretrial Services Officer.

**IT IS SO ORDERED.**

Dated this 29th day of May, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court